911 A.2d 917

**Kevin HYMAN, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Nov. 21, 2006.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is AFFIRMED.